IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 MAR 21 PM 2:07

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. **3:19CR045** |
| Plaintiff, | : | **JUDGE WALTER H. RICE** |
| v. | : | |
| **GENE TALLEY, ET AL.** | : | **ORDER UNSEALING INDICTMENT (R. 22) FORWARD** |
| Defendant. | : | |

Upon Motion of the United States, the Indictment (R. 22) forward is hereby ordered unsealed.

_3-21-19_
DATE

_[signature]_
**JUDGE WALTER H. RICE**
**UNITED STATES DISTRICT COURT**